April 4, 1972.

M. P. No. 1699. BURRILLVILLE SCHOOL COMMITTEE *v.* BURRILLVILLE TEACHERS ASS'N. Motion of petitioner to file petition for writ of certiorari granted without prejudice to right of respondent to renew objection at hearing on the merits. *Irving I. Zimmerman,* for petitioner. *Natale L. Urso,* for respondent.

APPEAL No. 1613. PIO ROMANO, SR. *v.* JOHN V. ROMANO, *Executor.* Appeal dismissed and papers remanded to Superior Court, Providence County, for further proceedings. *Charles A. Pisaturo, William G. Grande, Benedetto A. Cerilli, Sr.,* for appellant. *John F. McBurney,* for appellee.